| | |
|---|---|
| **Fill in this information to identify the case:** | |
| Debtor 1: David M. Webb, Jr. | |
| Debtor 2: Helen R. Webb (Spouse, if filing) | |
| United States Bankruptcy Court for the Northern District of Ohio, Western Division | |
| Case number: 17-32460 jpg | |

Form 4100N

# Notice of Final Cure Payment 10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust c/o SN Servicing Corp

**Court claim no.** (if known): 13

**Last 4 digits** of any number you use to identify the debtor's account: 4495

**Property address:** 309 Ember Drive, Oregon, OH 43616
Number/ Street / City / State / Zip

### Part 2: Cure Amount

**Total cure disbursements made by the trustee**

a. Allowed prepetition arrearage: a) $ 31,153.48
b. Prepetition arrearage paid by the trustee: b) $ 31,153.48
c. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): c) $
d. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: d) $
e. Allowed postpetition arrearage: e) $
f. Postpetition arrearage paid by the trustee: f) $
g. **Total**. Add lines b, d, and f. g) $ 31,153.48

### Part 3: Postpetition Mortgage Payment

*Check one:*

☑ Mortgage is paid through the trustee. Trustee paid $76,152.35 for Debtor(s) 09/17 to 11/22 post-petition mortgage payments, as of the date of this Notice.

Current monthly mortgage payment: $1,368.19
The next postpetition payment is due on: December / 1 / 2022
MM / DD / YYYY

☐ Mortgage is paid directly by the debtor(s).

**Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

/s/____ Elizabeth A. Vaughan
Signature, Standing Chapter 13 Trustee

Trustee    Elizabeth A. Vaughan

Address    316 N. Michigan St., Suite 501
           Toledo OH 43604

Contact phone   (419) 255-0675

**CERTIFICATE OF SERVICE**

I certify that on November 16, 2022, a true and correct copy of the TRUSTEE'S NOTICE OF FINAL CURE MORTGAGE PAYMENT was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

Patti Baumgartner-Novak, on behalf of Debtor(s), at pmbn@buckeye-express.com

Molly Slutsky Simons, Sottile & Barile, on behalf of Claimant, U. S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust, at bankruptcy@sottileandbarile.com

United States Trustee, at ustp.region09@usdoj.gov

And by regular U.S. mail, postage prepaid, on:

David M. Webb, Jr.
Helen R. Webb
309 Ember Dr
Oregon, OH 43616
Debtors

SN Servicing Corp
323 Fifth Street
Eureka, CA 95501
Claimant

/s/ Elizabeth A. Vaughan
Elizabeth A. Vaughan,
Standing Chapter 13 Trustee

| | | | | Proc | Source/Payee or | | | Trans | Principal | Interest |
|---|---|---|---|---|---|---|---|---|---|---|
| Ref No | Claim | Class | Date | Period | Creditor Check Name | Transaction | Check # | Total | Amount | Portion |

**DISBURSEMENTS**
**through 11/16/2022**

**CASE NUMBER** 1732460
**DEBTOR** WEBB, JR., DAVID M. _WEBB, HELEN R.

| Ref No | Claim | Class | Date | Proc Period | Source/Payee or Creditor Check Name | Transaction | Check # | Trans Total | Principal Amount | Interest Portion |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 013 | 1 | 10.31.2022 | 22_10 | SN SERVICING CORP | Prewritten Check/Computer | 1328585 | 1,368.19 | 1,368.19 | 0.00 |
| Cleared: 11.09.2022 | | | Posted: 10.31.2022 | | 323 FIFTH STREET  EUREKA  CA  95501- | | | | | |
| 3 | 013 | 1 | 09.30.2022 | 22_09 | SN SERVICING CORP | System Disbursement | 1328177 | 1,368.19 | 1,368.19 | 0.00 |
| Cleared: 10.25.2022 | | | Posted: 09.30.2022 | | 323 FIFTH STREET  EUREKA  CA  95501- | | | | | |
| 3 | 013 | 1 | 08.31.2022 | 22_08 | SN SERVICING CORP | System Disbursement | 1326944 | 1,368.19 | 1,368.19 | 0.00 |
| Cleared: 09.21.2022 | | | Posted: 08.31.2022 | | 323 FIFTH STREET  EUREKA  CA  95501- | | | | | |
| 3 | 013 | 1 | 07.29.2022 | 22_07 | SN SERVICING CORP | System Disbursement | 1325725 | 1,368.19 | 1,368.19 | 0.00 |
| Cleared: 08.22.2022 | | | Posted: 07.29.2022 | | 323 FIFTH STREET  EUREKA  CA  95501- | | | | | |
| 3 | 013 | 1 | 06.30.2022 | 22_06 | SN SERVICING CORP | System Disbursement | 1324398 | 1,368.19 | 1,368.19 | 0.00 |
| Cleared: 07.21.2022 | | | Posted: 06.30.2022 | | 323 FIFTH STREET  EUREKA  CA  95501- | | | | | |
| 3 | 013 | 1 | 05.31.2022 | 22_05 | SN SERVICING CORP | System Disbursement | 1322604 | 1,363.17 | 1,363.17 | 0.00 |
| Cleared: 06.28.2022 | | | Posted: 05.31.2022 | | 323 FIFTH STREET  EUREKA  CA  95501- | | | | | |
| 3 | 013 | 1 | 04.29.2022 | 22_04 | SN SERVICING CORP | System Disbursement | 1318628 | 1,363.17 | 1,363.17 | 0.00 |
| Cleared: 05.19.2022 | | | Posted: 04.29.2022 | | 323 FIFTH STREET  EUREKA  CA  95501- | | | | | |
| 3 | 013 | 1 | 03.31.2022 | 22_03 | SN SERVICING CORP | System Disbursement | 1314627 | 1,363.17 | 1,363.17 | 0.00 |
| Cleared: 04.22.2022 | | | Posted: 03.31.2022 | | 323 FIFTH STREET  EUREKA  CA  95501- | | | | | |
| 3 | 013 | 1 | 02.28.2022 | 22_02 | SN SERVICING CORP | System Disbursement | 1310449 | 1,363.17 | 1,363.17 | 0.00 |
| Cleared: 03.23.2022 | | | Posted: 02.28.2022 | | 323 FIFTH STREET  EUREKA  CA  95501- | | | | | |
| 3 | 013 | 1 | 01.31.2022 | 22_01 | SN SERVICING CORP | System Disbursement | 1306671 | 1,363.17 | 1,363.17 | 0.00 |
| Cleared: 03.01.2022 | | | Posted: 01.31.2022 | | 323 FIFTH STREET  EUREKA  CA  95501- | | | | | |
| 3 | 013 | 1 | 12.30.2021 | 21_12 | SN SERVICING CORP | System Disbursement | 1302592 | 1,363.17 | 1,363.17 | 0.00 |
| Cleared: 01.27.2022 | | | Posted: 12.30.2021 | | 323 FIFTH STREET  EUREKA  CA  95501- | | | | | |
| 3 | 013 | 1 | 11.30.2021 | 21_11 | SN SERVICING CORP | System Disbursement | 1298531 | 1,363.17 | 1,363.17 | 0.00 |
| Cleared: 12.23.2021 | | | Posted: 11.30.2021 | | 323 FIFTH STREET  EUREKA  CA  95501- | | | | | |
| 3 | 013 | 1 | 10.29.2021 | 21_10 | SN SERVICING CORP | System Disbursement | 1294255 | 1,363.17 | 1,363.17 | 0.00 |
| Cleared: 11.24.2021 | | | Posted: 10.29.2021 | | 323 FIFTH STREET  EUREKA  CA  95501- | | | | | |
| 3 | 013 | 1 | 09.30.2021 | 21_09 | SN SERVICING CORP | System Disbursement | 1290089 | 1,363.17 | 1,363.17 | 0.00 |
| Cleared: 10.22.2021 | | | Posted: 09.30.2021 | | 323 FIFTH STREET  EUREKA  CA  95501- | | | | | |
| 3 | 013 | 1 | 08.31.2021 | 21_08 | SN SERVICING CORP | System Disbursement | 1285867 | 1,363.17 | 1,363.17 | 0.00 |
| Cleared: 09.22.2021 | | | Posted: 08.31.2021 | | 323 FIFTH STREET  EUREKA  CA  95501- | | | | | |
| 3 | 013 | 1 | 07.30.2021 | 21_07 | SN SERVICING CORP | System Disbursement | 1281662 | 1,363.17 | 1,363.17 | 0.00 |
| Cleared: 08.25.2021 | | | Posted: 07.30.2021 | | 323 FIFTH STREET  EUREKA  CA  95501- | | | | | |

| Ref No | Claim | Class | Date | Proc Period | Source/Payee or Creditor Check Name | Transaction | Check # | Trans Total | Principal Amount | Interest Portion |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **DISBURSEMENTS through 11/16/2022** | **CASE NUMBER** 1732460 **DEBTOR** WEBB, JR., DAVID M. _WEBB, HELEN R. | | | | |
| 3 | 013 | 1 | 06.30.2021 | 21_06 | SN SERVICING CORP | System Disbursement | 1277299 | 1,363.17 | 1,363.17 | 0.00 |
| | | | Cleared: 07.27.2021 | | Posted: 06.30.2021 323 FIFTH STREET EUREKA CA 95501- | | | | | |
| 3 | 013 | 1 | 05.28.2021 | 21_05 | SN SERVICING CORP | System Disbursement | 1272875 | 1,396.70 | 1,396.70 | 0.00 |
| | | | Cleared: 06.24.2021 | | Posted: 05.28.2021 323 FIFTH STREET EUREKA CA 95501- | | | | | |
| 3 | 013 | 1 | 04.30.2021 | 21_04 | SN SERVICING CORP | System Disbursement | 1268733 | 1,396.70 | 1,396.70 | 0.00 |
| | | | Cleared: 05.25.2021 | | Posted: 04.30.2021 323 FIFTH STREET EUREKA CA 95501- | | | | | |
| 3 | 013 | 1 | 03.31.2021 | 21_03 | SN SERVICING CORP | System Disbursement | 1264316 | 1,396.70 | 1,396.70 | 0.00 |
| | | | Cleared: 04.28.2021 | | Posted: 03.31.2021 323 FIFTH STREET EUREKA CA 95501- | | | | | |
| 3 | 013 | 1 | 02.26.2021 | 21_02 | SN SERVICING CORP | System Disbursement | 1259640 | 1,396.70 | 1,396.70 | 0.00 |
| | | | Cleared: 03.29.2021 | | Posted: 02.26.2021 323 FIFTH STREET EUREKA CA 95501- | | | | | |
| 3 | 013 | 1 | 01.29.2021 | 21_01 | SN SERVICING CORP | System Disbursement | 1255580 | 1,396.70 | 1,396.70 | 0.00 |
| | | | Cleared: 03.08.2021 | | Posted: 01.29.2021 323 FIFTH STREET EUREKA CA 95501- | | | | | |
| 3 | 013 | 1 | 12.31.2020 | 20_12 | SN SERVICING CORP | System Disbursement | 1251318 | 1,396.70 | 1,396.70 | 0.00 |
| | | | Cleared: 01.28.2021 | | Posted: 12.31.2020 323 FIFTH STREET EUREKA CA 95501- | | | | | |
| 3 | 013 | 1 | 11.30.2020 | 20_11 | SN SERVICING CORP | System Disbursement | 1247192 | 1,396.70 | 1,396.70 | 0.00 |
| | | | Cleared: 01.11.2021 | | Posted: 11.30.2020 323 FIFTH STREET EUREKA CA 95501- | | | | | |
| 3 | 013 | 1 | 10.30.2020 | 20_10 | SN SERVICING CORP | System Disbursement | 1243084 | 1,396.70 | 1,396.70 | 0.00 |
| | | | Cleared: 12.07.2020 | | Posted: 10.30.2020 323 FIFTH STREET EUREKA CA 95501- | | | | | |
| 3 | 013 | 1 | 09.30.2020 | 20_09 | SN SERVICING CORP | System Disbursement | 1239047 | 1,396.70 | 1,396.70 | 0.00 |
| | | | Cleared: 11.05.2020 | | Posted: 09.30.2020 323 FIFTH STREET EUREKA CA 95501- | | | | | |
| 3 | 013 | 1 | 08.31.2020 | 20_08 | SN SERVICING CORP | System Disbursement | 1234982 | 1,396.70 | 1,396.70 | 0.00 |
| | | | Cleared: 09.28.2020 | | Posted: 08.31.2020 323 FIFTH STREET EUREKA CA 95501- | | | | | |
| 3 | 013 | 1 | 08.19.2020 | 20_08 | SN SERVICING CORP | Prewritten Check/Computer | 1231664 | 2,793.40 | 2,793.40 | 0.00 |
| | | | Cleared: 08.28.2020 | | Posted: 08.19.2020 323 FIFTH STREET EUREKA CA 95501- | | | | | |
| 3 | 013 | 1 | 08.18.2020 | 20_08 | U.S. BANK TRUST N.A. | Cancellation of Disbursement | 1231338 | (1,396.70) | (1,396.70) | 0.00 |
| | | | Cleared: 08.18.2020 | | Posted: 08.18.2020 c/o CALIBER HOME LOANS INC P. O. BOX 24330 OKLAHOMA CITY OK 73124- | | | | | |
| 3 | 013 | 1 | 08.05.2020 | 20_08 | U.S. BANK TRUST N.A. | Cancellation of Disbursement | 1227403 | (1,396.70) | (1,396.70) | 0.00 |
| | | | Cleared: 08.05.2020 | | Posted: 08.05.2020 c/o CALIBER HOME LOANS INC P. O. BOX 24330 OKLAHOMA CITY OK 73124- | | | | | |
| 3 | 013 | 1 | 07.31.2020 | 20_07 | U.S. BANK TRUST N.A. | System Disbursement | 1231338 | 1,396.70 | 1,396.70 | 0.00 |
| | | | Cleared: 08.18.2020 | | Posted: 07.31.2020 c/o CALIBER HOME LOANS INC P. O. BOX 24330 OKLAHOMA CITY OK 73124- | | | | | |
| 3 | 013 | 1 | 06.30.2020 | 20_06 | U.S. BANK TRUST N.A. | System Disbursement | 1227403 | 1,396.70 | 1,396.70 | 0.00 |
| | | | Cleared: 08.05.2020 | | Posted: 06.30.2020 c/o CALIBER HOME LOANS INC P. O. BOX 24330 OKLAHOMA CITY OK 73124- | | | | | |

| Ref No | Claim | Class | Date | Proc Period | Source/Payee or Creditor Check Name | Transaction | Check # | Trans Total | Principal Amount | Interest Portion |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 013 | 1 | 05.29.2020 | 20_05 | U.S. BANK TRUST N.A. | System Disbursement | 1223417 | 1,396.70 | 1,396.70 | 0.00 |
| Cleared: 06.26.2020 | | | Posted: 05.29.2020 | | c/o CALIBER HOME LOANS INC  P. O. BOX 24330  OKLAHOMA CITY  OK  73124- | | | | | |
| 3 | 013 | 1 | 04.30.2020 | 20_04 | U.S. BANK TRUST N.A. | System Disbursement | 1219777 | 1,396.70 | 1,396.70 | 0.00 |
| Cleared: 05.29.2020 | | | Posted: 04.30.2020 | | c/o CALIBER HOME LOANS INC  P. O. BOX 24330  OKLAHOMA CITY  OK  73124- | | | | | |
| 3 | 013 | 1 | 03.31.2020 | 20_03 | U.S. BANK TRUST N.A. | System Disbursement | 1216040 | 1,396.70 | 1,396.70 | 0.00 |
| Cleared: 04.21.2020 | | | Posted: 03.31.2020 | | c/o CALIBER HOME LOANS INC  P. O. BOX 24330  OKLAHOMA CITY  OK  73124- | | | | | |
| 3 | 013 | 1 | 02.28.2020 | 20_02 | U.S. BANK TRUST N.A. | System Disbursement | 1211926 | 1,396.70 | 1,396.70 | 0.00 |
| Cleared: 03.23.2020 | | | Posted: 02.28.2020 | | c/o CALIBER HOME LOANS INC  P. O. BOX 24330  OKLAHOMA CITY  OK  73124- | | | | | |
| 3 | 013 | 1 | 01.31.2020 | 20_01 | U.S. BANK TRUST N.A. | System Disbursement | 1208226 | 1,396.70 | 1,396.70 | 0.00 |
| Cleared: 02.20.2020 | | | Posted: 01.31.2020 | | c/o CALIBER HOME LOANS INC  P. O. BOX 24330  OKLAHOMA CITY  OK  73124- | | | | | |
| 3 | 013 | 1 | 12.30.2019 | 19_12 | U.S. BANK TRUST N.A. | System Disbursement | 1204371 | 1,396.70 | 1,396.70 | 0.00 |
| Cleared: 01.22.2020 | | | Posted: 12.30.2019 | | c/o CALIBER HOME LOANS INC  P. O. BOX 24330  OKLAHOMA CITY  OK  73124- | | | | | |
| 3 | 013 | 1 | 12.13.2019 | 19_12 | U.S. BANK TRUST N.A. | Prewritten Check/Computer | 1201111 | 1,396.70 | 1,396.70 | 0.00 |
| Cleared: 12.27.2019 | | | Posted: 12.13.2019 | | c/o CALIBER HOME LOANS INC  P. O. BOX 24330  OKLAHOMA CITY  OK  73124- | | | | | |
| 3 | 013 | 1 | 10.31.2019 | 19_10 | U.S. BANK TRUST N.A. | System Disbursement | 1197455 | 1,396.70 | 1,396.70 | 0.00 |
| Cleared: 11.20.2019 | | | Posted: 10.31.2019 | | c/o CALIBER HOME LOANS INC  P. O. BOX 24330  OKLAHOMA CITY  OK  73124- | | | | | |
| 3 | 013 | 1 | 09.30.2019 | 19_09 | U.S. BANK TRUST N.A. | System Disbursement | 1193687 | 1,396.70 | 1,396.70 | 0.00 |
| Cleared: 10.24.2019 | | | Posted: 09.30.2019 | | c/o CALIBER HOME LOANS INC  P. O. BOX 24330  OKLAHOMA CITY  OK  73124- | | | | | |
| 3 | 013 | 1 | 08.30.2019 | 19_08 | U.S. BANK TRUST N.A. | System Disbursement | 1190187 | 948.64 | 948.64 | 0.00 |
| Cleared: 09.20.2019 | | | Posted: 08.30.2019 | | c/o CALIBER HOME LOANS INC  P. O. BOX 24330  OKLAHOMA CITY  OK  73124- | | | | | |
| 3 | 013 | 1 | 07.31.2019 | 19_07 | U.S. BANK TRUST N.A. | System Disbursement | 1186662 | 948.64 | 948.64 | 0.00 |
| Cleared: 08.20.2019 | | | Posted: 07.31.2019 | | c/o CALIBER HOME LOANS INC  P. O. BOX 24330  OKLAHOMA CITY  OK  73124- | | | | | |
| 3 | 013 | 1 | 06.28.2019 | 19_06 | U.S. BANK TRUST N.A. | System Disbursement | 1183037 | 948.64 | 948.64 | 0.00 |
| Cleared: 07.25.2019 | | | Posted: 06.28.2019 | | c/o CALIBER HOME LOANS INC  P. O. BOX 24330  OKLAHOMA CITY  OK  73124- | | | | | |
| 3 | 013 | 1 | 05.31.2019 | 19_05 | U.S. BANK TRUST N.A. | System Disbursement | 1179625 | 948.64 | 948.64 | 0.00 |
| Cleared: 06.26.2019 | | | Posted: 05.31.2019 | | c/o CALIBER HOME LOANS INC  P. O. BOX 24330  OKLAHOMA CITY  OK  73124- | | | | | |
| 3 | 013 | 1 | 04.30.2019 | 19_04 | U.S. BANK TRUST N.A. | System Disbursement | 1175921 | 948.64 | 948.64 | 0.00 |
| Cleared: 05.23.2019 | | | Posted: 04.30.2019 | | c/o CALIBER HOME LOANS INC  P. O. BOX 24330  OKLAHOMA CITY  OK  73124- | | | | | |
| 3 | 013 | 1 | 03.29.2019 | 19_03 | U.S. BANK TRUST N.A. | System Disbursement | 1172326 | 948.64 | 948.64 | 0.00 |
| Cleared: 04.23.2019 | | | Posted: 03.29.2019 | | c/o CALIBER HOME LOANS INC  P. O. BOX 24330  OKLAHOMA CITY  OK  73124- | | | | | |
| 3 | 013 | 1 | 02.28.2019 | 19_02 | U.S. BANK TRUST N.A. | System Disbursement | 1168756 | 948.64 | 948.64 | 0.00 |
| Cleared: 03.20.2019 | | | Posted: 02.28.2019 | | c/o CALIBER HOME LOANS INC  P. O. BOX 24330  OKLAHOMA CITY  OK  73124- | | | | | |

| Ref No | Claim | Class | Date | Proc Period | Source/Payee or Creditor Check Name | Transaction | Check # | Trans Total | Principal Amount | Interest Portion |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 013 | 1 | 01.31.2019 | 19_01 | U.S. BANK TRUST N.A. | System Disbursement | 1165350 | 948.64 | 948.64 | 0.00 |
| Cleared: 02.26.2019 | | | Posted: 01.31.2019 | | c/o CALIBER HOME LOANS INC P. O. BOX 24330 OKLAHOMA CITY OK 73124- | | | | | |
| 3 | 013 | 1 | 12.31.2018 | 18_12 | U.S. BANK TRUST N.A. | System Disbursement | 1161891 | 948.64 | 948.64 | 0.00 |
| Cleared: 01.23.2019 | | | Posted: 12.31.2018 | | c/o CALIBER HOME LOANS INC P.O. BOX 24330 OKLAHOMA CITY OK 73124- | | | | | |
| 3 | 013 | 1 | 11.30.2018 | 18_11 | U.S. BANK TRUST N.A. | System Disbursement | 1158736 | 948.64 | 948.64 | 0.00 |
| Cleared: 12.19.2018 | | | Posted: 11.30.2018 | | c/o CALIBER HOME LOANS INC P.O. BOX 24330 OKLAHOMA CITY OK 73124- | | | | | |
| 3 | 013 | 1 | 10.31.2018 | 18_10 | U.S. BANK TRUST N.A. | System Disbursement | 1155402 | 948.64 | 948.64 | 0.00 |
| Cleared: 11.28.2018 | | | Posted: 10.31.2018 | | c/o CALIBER HOME LOANS INC P.O. BOX 24330 OKLAHOMA CITY OK 73124- | | | | | |
| 3 | 013 | 1 | 09.28.2018 | 18_09 | U.S. BANK TRUST N.A. | System Disbursement | 1151857 | 948.64 | 948.64 | 0.00 |
| Cleared: 10.19.2018 | | | Posted: 09.28.2018 | | c/o CALIBER HOME LOANS INC P.O. BOX 24330 OKLAHOMA CITY OK 73124- | | | | | |
| 3 | 013 | 1 | 08.31.2018 | 18_08 | U.S. BANK TRUST N.A. | System Disbursement | 1148825 | 941.46 | 941.46 | 0.00 |
| Cleared: 09.25.2018 | | | Posted: 08.31.2018 | | c/o CALIBER HOME LOANS INC P.O. BOX 24330 OKLAHOMA CITY OK 73124- | | | | | |
| 3 | 013 | 1 | 07.31.2018 | 18_07 | U.S. BANK TRUST N.A. | System Disbursement | 1145546 | 941.46 | 941.46 | 0.00 |
| Cleared: 08.21.2018 | | | Posted: 07.31.2018 | | c/o CALIBER HOME LOANS INC P.O. BOX 24330 OKLAHOMA CITY OK 73124- | | | | | |
| 3 | 013 | 1 | 06.29.2018 | 18_06 | U.S. BANK TRUST N.A. | System Disbursement | 1142377 | 941.46 | 941.46 | 0.00 |
| Cleared: 07.27.2018 | | | Posted: 06.29.2018 | | c/o CALIBER HOME LOANS INC P.O. BOX 24330 OKLAHOMA CITY OK 73124- | | | | | |
| 3 | 013 | 1 | 05.31.2018 | 18_05 | U.S. BANK TRUST N.A. | System Disbursement | 1139234 | 941.46 | 941.46 | 0.00 |
| Cleared: 06.19.2018 | | | Posted: 05.31.2018 | | c/o CALIBER HOME LOANS INC P.O. BOX 24330 OKLAHOMA CITY OK 73124- | | | | | |
| 3 | 013 | 1 | 04.30.2018 | 18_04 | U.S. BANK TRUST N.A. | System Disbursement | 1135924 | 941.46 | 941.46 | 0.00 |
| Cleared: 05.22.2018 | | | Posted: 04.30.2018 | | c/o CALIBER HOME LOANS INC P.O. BOX 24330 OKLAHOMA CITY OK 73124- | | | | | |
| 3 | 013 | 1 | 04.25.2018 | 18_04 | U.S. BANK TRUST N.A. | Prewritten Check/Computer | 1132879 | 7,531.68 | 7,531.68 | 0.00 |
| Cleared: 05.01.2018 | | | Posted: 04.25.2018 | | c/o CALIBER HOME LOANS INC P.O. BOX 24330 OKLAHOMA CITY OK 73124- | | | | | |

| | |
|---|---|
| **Total Principal** | 76,152.35 |
| **Total Interest** | 0.00 |
| **Total** | 76,152.35 |

| Ref No | Claim | Class | Date | Proc Period | Source/Payee or Creditor Check Name | Transaction | Check # | Trans Total | Principal Amount | Interest Portion |
|---|---|---|---|---|---|---|---|---|---|---|
| **DISBURSEMENTS through 11/16/2022** | | | | | **CASE NUMBER** 1732460 **DEBTOR** WEBB, JR., DAVID M. _WEBB, HELEN R. | | | | | |
| 52 | 013A | 1 | 11.30.2021 | 21_11 | SN SERVICING CORP | System Disbursement | 1298530 | 921.37 | 921.37 | 0.00 |
| | | | Cleared: 12.23.2021 | | Posted: 11.30.2021  323 FIFTH STREET  EUREKA  CA  95501- | | | | | |
| 52 | 013A | 1 | 10.29.2021 | 21_10 | SN SERVICING CORP | System Disbursement | 1294258 | 741.53 | 741.53 | 0.00 |
| | | | Cleared: 11.24.2021 | | Posted: 10.29.2021  323 FIFTH STREET  EUREKA  CA  95501- | | | | | |
| 52 | 013A | 1 | 09.30.2021 | 21_09 | SN SERVICING CORP | System Disbursement | 1290092 | 752.69 | 752.69 | 0.00 |
| | | | Cleared: 10.22.2021 | | Posted: 09.30.2021  323 FIFTH STREET  EUREKA  CA  95501- | | | | | |
| 52 | 013A | 1 | 08.31.2021 | 21_08 | SN SERVICING CORP | System Disbursement | 1285865 | 754.48 | 754.48 | 0.00 |
| | | | Cleared: 09.22.2021 | | Posted: 08.31.2021  323 FIFTH STREET  EUREKA  CA  95501- | | | | | |
| 52 | 013A | 1 | 07.30.2021 | 21_07 | SN SERVICING CORP | System Disbursement | 1281665 | 755.96 | 755.96 | 0.00 |
| | | | Cleared: 08.25.2021 | | Posted: 07.30.2021  323 FIFTH STREET  EUREKA  CA  95501- | | | | | |
| 52 | 013A | 1 | 06.30.2021 | 21_06 | SN SERVICING CORP | System Disbursement | 1277298 | 914.89 | 914.89 | 0.00 |
| | | | Cleared: 07.27.2021 | | Posted: 06.30.2021  323 FIFTH STREET  EUREKA  CA  95501- | | | | | |
| 52 | 013A | 1 | 05.28.2021 | 21_05 | SN SERVICING CORP | System Disbursement | 1272874 | 19.47 | 19.47 | 0.00 |
| | | | Cleared: 06.24.2021 | | Posted: 05.28.2021  323 FIFTH STREET  EUREKA  CA  95501- | | | | | |
| 52 | 013A | 1 | 04.30.2021 | 21_04 | SN SERVICING CORP | System Disbursement | 1268732 | 431.16 | 431.16 | 0.00 |
| | | | Cleared: 05.25.2021 | | Posted: 04.30.2021  323 FIFTH STREET  EUREKA  CA  95501- | | | | | |
| 52 | 013A | 1 | 03.31.2021 | 21_03 | SN SERVICING CORP | System Disbursement | 1264315 | 709.34 | 709.34 | 0.00 |
| | | | Cleared: 04.28.2021 | | Posted: 03.31.2021  323 FIFTH STREET  EUREKA  CA  95501- | | | | | |
| 52 | 013A | 1 | 02.26.2021 | 21_02 | SN SERVICING CORP | System Disbursement | 1259639 | 738.63 | 738.63 | 0.00 |
| | | | Cleared: 03.29.2021 | | Posted: 02.26.2021  323 FIFTH STREET  EUREKA  CA  95501- | | | | | |
| 52 | 013A | 1 | 01.29.2021 | 21_01 | SN SERVICING CORP | System Disbursement | 1255579 | 1,089.15 | 1,089.15 | 0.00 |
| | | | Cleared: 03.08.2021 | | Posted: 01.29.2021  323 FIFTH STREET  EUREKA  CA  95501- | | | | | |
| 52 | 013A | 1 | 12.31.2020 | 20_12 | SN SERVICING CORP | System Disbursement | 1251317 | 1,091.51 | 1,091.51 | 0.00 |
| | | | Cleared: 01.28.2021 | | Posted: 12.31.2020  323 FIFTH STREET  EUREKA  CA  95501- | | | | | |
| 52 | 013A | 1 | 11.30.2020 | 20_11 | SN SERVICING CORP | System Disbursement | 1247191 | 712.44 | 712.44 | 0.00 |
| | | | Cleared: 01.11.2021 | | Posted: 11.30.2020  323 FIFTH STREET  EUREKA  CA  95501- | | | | | |
| 52 | 013A | 1 | 10.30.2020 | 20_10 | SN SERVICING CORP | System Disbursement | 1243083 | 742.67 | 742.67 | 0.00 |
| | | | Cleared: 12.07.2020 | | Posted: 10.30.2020  323 FIFTH STREET  EUREKA  CA  95501- | | | | | |
| 52 | 013A | 1 | 09.30.2020 | 20_09 | SN SERVICING CORP | System Disbursement | 1239046 | 685.50 | 685.50 | 0.00 |
| | | | Cleared: 11.05.2020 | | Posted: 09.30.2020  323 FIFTH STREET  EUREKA  CA  95501- | | | | | |
| 52 | 013A | 1 | 08.31.2020 | 20_08 | SN SERVICING CORP | System Disbursement | 1234981 | 393.35 | 393.35 | 0.00 |
| | | | Cleared: 09.28.2020 | | Posted: 08.31.2020  323 FIFTH STREET  EUREKA  CA  95501- | | | | | |

| Ref No | Claim | Class | Date | Proc Period | Source/Payee or Creditor Check Name | Transaction | Check # | Trans Total | Principal Amount | Interest Portion |
|---|---|---|---|---|---|---|---|---|---|---|
| 52 | 013A | 1 | 08.19.2020 | 20_08 | SN SERVICING CORP | Prewritten Check/Computer | 1231665 | 1,222.28 | 1,222.28 | 0.00 |
| Cleared: 08.28.2020 | | | Posted: 08.19.2020 | | 323 FIFTH STREET   EUREKA  CA  95501- | | | | | |
| 52 | 013A | 1 | 08.18.2020 | 20_08 | U.S. BANK TRUST N.A. | Cancellation of Disbursement | 1231339 | (125.78) | (125.78) | 0.00 |
| Cleared: 08.18.2020 | | | Posted: 08.18.2020 | | c/o CALIBER HOME LOANS INC  P. O. BOX 24330  OKLAHOMA CITY  OK  73124- | | | | | |
| 52 | 013A | 1 | 08.05.2020 | 20_08 | U.S. BANK TRUST N.A. | Cancellation of Disbursement | 1227404 | (1,096.50) | (1,096.50) | 0.00 |
| Cleared: 08.05.2020 | | | Posted: 08.05.2020 | | c/o CALIBER HOME LOANS INC  P. O. BOX 24330  OKLAHOMA CITY  OK  73124- | | | | | |
| 52 | 013A | 1 | 07.31.2020 | 20_07 | U.S. BANK TRUST N.A. | System Disbursement | 1231339 | 125.78 | 125.78 | 0.00 |
| Cleared: 08.18.2020 | | | Posted: 07.31.2020 | | c/o CALIBER HOME LOANS INC  P. O. BOX 24330  OKLAHOMA CITY  OK  73124- | | | | | |
| 52 | 013A | 1 | 06.30.2020 | 20_06 | U.S. BANK TRUST N.A. | System Disbursement | 1227404 | 1,096.50 | 1,096.50 | 0.00 |
| Cleared: 08.05.2020 | | | Posted: 06.30.2020 | | c/o CALIBER HOME LOANS INC  P. O. BOX 24330  OKLAHOMA CITY  OK  73124- | | | | | |
| 52 | 013A | 1 | 05.29.2020 | 20_05 | U.S. BANK TRUST N.A. | System Disbursement | 1223416 | 1,068.83 | 1,068.83 | 0.00 |
| Cleared: 06.26.2020 | | | Posted: 05.29.2020 | | c/o CALIBER HOME LOANS INC  P. O. BOX 24330  OKLAHOMA CITY  OK  73124- | | | | | |
| 52 | 013A | 1 | 04.30.2020 | 20_04 | U.S. BANK TRUST N.A. | System Disbursement | 1219778 | 746.82 | 746.82 | 0.00 |
| Cleared: 05.29.2020 | | | Posted: 04.30.2020 | | c/o CALIBER HOME LOANS INC  P. O. BOX 24330  OKLAHOMA CITY  OK  73124- | | | | | |
| 52 | 013A | 1 | 03.31.2020 | 20_03 | U.S. BANK TRUST N.A. | System Disbursement | 1216039 | 691.83 | 691.83 | 0.00 |
| Cleared: 04.21.2020 | | | Posted: 03.31.2020 | | c/o CALIBER HOME LOANS INC  P. O. BOX 24330  OKLAHOMA CITY  OK  73124- | | | | | |
| 52 | 013A | 1 | 02.28.2020 | 20_02 | U.S. BANK TRUST N.A. | System Disbursement | 1211925 | 747.25 | 747.25 | 0.00 |
| Cleared: 03.23.2020 | | | Posted: 02.28.2020 | | c/o CALIBER HOME LOANS INC  P. O. BOX 24330  OKLAHOMA CITY  OK  73124- | | | | | |
| 52 | 013A | 1 | 01.31.2020 | 20_01 | U.S. BANK TRUST N.A. | System Disbursement | 1208227 | 1,387.78 | 1,387.78 | 0.00 |
| Cleared: 02.20.2020 | | | Posted: 01.31.2020 | | c/o CALIBER HOME LOANS INC  P. O. BOX 24330  OKLAHOMA CITY  OK  73124- | | | | | |
| 52 | 013A | 1 | 12.30.2019 | 19_12 | U.S. BANK TRUST N.A. | System Disbursement | 1204370 | 494.08 | 494.08 | 0.00 |
| Cleared: 01.22.2020 | | | Posted: 12.30.2019 | | c/o CALIBER HOME LOANS INC  P. O. BOX 24330  OKLAHOMA CITY  OK  73124- | | | | | |
| 52 | 013A | 1 | 10.31.2019 | 19_10 | U.S. BANK TRUST N.A. | System Disbursement | 1197450 | 221.77 | 221.77 | 0.00 |
| Cleared: 11.20.2019 | | | Posted: 10.31.2019 | | c/o CALIBER HOME LOANS INC  P. O. BOX 24330  OKLAHOMA CITY  OK  73124- | | | | | |
| 52 | 013A | 1 | 09.30.2019 | 19_09 | U.S. BANK TRUST N.A. | System Disbursement | 1193688 | 264.03 | 264.03 | 0.00 |
| Cleared: 10.24.2019 | | | Posted: 09.30.2019 | | c/o CALIBER HOME LOANS INC  P. O. BOX 24330  OKLAHOMA CITY  OK  73124- | | | | | |
| 52 | 013A | 1 | 08.30.2019 | 19_08 | U.S. BANK TRUST N.A. | System Disbursement | 1190188 | 122.35 | 122.35 | 0.00 |
| Cleared: 09.20.2019 | | | Posted: 08.30.2019 | | c/o CALIBER HOME LOANS INC  P. O. BOX 24330  OKLAHOMA CITY  OK  73124- | | | | | |
| 52 | 013A | 1 | 07.31.2019 | 19_07 | U.S. BANK TRUST N.A. | System Disbursement | 1186660 | 657.18 | 657.18 | 0.00 |
| Cleared: 08.20.2019 | | | Posted: 07.31.2019 | | c/o CALIBER HOME LOANS INC  P. O. BOX 24330  OKLAHOMA CITY  OK  73124- | | | | | |
| 52 | 013A | 1 | 06.28.2019 | 19_06 | U.S. BANK TRUST N.A. | System Disbursement | 1183036 | 699.50 | 699.50 | 0.00 |
| Cleared: 07.25.2019 | | | Posted: 06.28.2019 | | c/o CALIBER HOME LOANS INC  P. O. BOX 24330  OKLAHOMA CITY  OK  73124- | | | | | |

| Ref No | Claim | Class | Date | Proc Period | Source/Payee or Creditor Check Name | Transaction | Check # | Trans Total | Principal Amount | Interest Portion |
|---|---|---|---|---|---|---|---|---|---|---|
| 52 | 013A | 1 | 05.31.2019 | 19_05 | U.S. BANK TRUST N.A. | System Disbursement | 1179624 | 678.24 | 678.24 | 0.00 |
| Cleared: 06.26.2019 | | | Posted: 05.31.2019 | | c/o CALIBER HOME LOANS INC  P. O. BOX 24330  OKLAHOMA CITY  OK  73124- | | | | | |
| 52 | 013A | 1 | 04.30.2019 | 19_04 | U.S. BANK TRUST N.A. | System Disbursement | 1175922 | 701.71 | 701.71 | 0.00 |
| Cleared: 05.23.2019 | | | Posted: 04.30.2019 | | c/o CALIBER HOME LOANS INC  P. O. BOX 24330  OKLAHOMA CITY  OK  73124- | | | | | |
| 52 | 013A | 1 | 03.29.2019 | 19_03 | U.S. BANK TRUST N.A. | System Disbursement | 1172327 | 680.67 | 680.67 | 0.00 |
| Cleared: 04.23.2019 | | | Posted: 03.29.2019 | | c/o CALIBER HOME LOANS INC  P. O. BOX 24330  OKLAHOMA CITY  OK  73124- | | | | | |
| 52 | 013A | 1 | 02.28.2019 | 19_02 | U.S. BANK TRUST N.A. | System Disbursement | 1168755 | 703.96 | 703.96 | 0.00 |
| Cleared: 03.20.2019 | | | Posted: 02.28.2019 | | c/o CALIBER HOME LOANS INC  P. O. BOX 24330  OKLAHOMA CITY  OK  73124- | | | | | |
| 52 | 013A | 1 | 01.31.2019 | 19_01 | U.S. BANK TRUST N.A. | System Disbursement | 1165349 | 1,267.24 | 1,267.24 | 0.00 |
| Cleared: 02.26.2019 | | | Posted: 01.31.2019 | | c/o CALIBER HOME LOANS INC  P. O. BOX 24330  OKLAHOMA CITY  OK  73124- | | | | | |
| 52 | 013A | 1 | 12.31.2018 | 18_12 | U.S. BANK TRUST N.A. | System Disbursement | 1161893 | 706.34 | 706.34 | 0.00 |
| Cleared: 01.23.2019 | | | Posted: 12.31.2018 | | c/o CALIBER HOME LOANS INC  P.O. BOX 24330  OKLAHOMA CITY  OK  73124- | | | | | |
| 52 | 013A | 1 | 11.30.2018 | 18_11 | U.S. BANK TRUST N.A. | System Disbursement | 1158735 | 607.70 | 607.70 | 0.00 |
| Cleared: 12.19.2018 | | | Posted: 11.30.2018 | | c/o CALIBER HOME LOANS INC  P.O. BOX 24330  OKLAHOMA CITY  OK  73124- | | | | | |
| 52 | 013A | 1 | 10.31.2018 | 18_10 | U.S. BANK TRUST N.A. | System Disbursement | 1155403 | 714.61 | 714.61 | 0.00 |
| Cleared: 11.28.2018 | | | Posted: 10.31.2018 | | c/o CALIBER HOME LOANS INC  P.O. BOX 24330  OKLAHOMA CITY  OK  73124- | | | | | |
| 52 | 013A | 1 | 09.28.2018 | 18_09 | U.S. BANK TRUST N.A. | System Disbursement | 1151858 | 723.99 | 723.99 | 0.00 |
| Cleared: 10.19.2018 | | | Posted: 09.28.2018 | | c/o CALIBER HOME LOANS INC  P.O. BOX 24330  OKLAHOMA CITY  OK  73124- | | | | | |
| 52 | 013A | 1 | 08.31.2018 | 18_08 | U.S. BANK TRUST N.A. | System Disbursement | 1148821 | 729.06 | 729.06 | 0.00 |
| Cleared: 09.25.2018 | | | Posted: 08.31.2018 | | c/o CALIBER HOME LOANS INC  P.O. BOX 24330  OKLAHOMA CITY  OK  73124- | | | | | |
| 52 | 013A | 1 | 07.31.2018 | 18_07 | U.S. BANK TRUST N.A. | System Disbursement | 1145545 | 1,327.67 | 1,327.67 | 0.00 |
| Cleared: 08.21.2018 | | | Posted: 07.31.2018 | | c/o CALIBER HOME LOANS INC  P.O. BOX 24330  OKLAHOMA CITY  OK  73124- | | | | | |
| 52 | 013A | 1 | 06.29.2018 | 18_06 | U.S. BANK TRUST N.A. | System Disbursement | 1142378 | 2,534.45 | 2,534.45 | 0.00 |
| Cleared: 07.27.2018 | | | Posted: 06.29.2018 | | c/o CALIBER HOME LOANS INC  P.O. BOX 24330  OKLAHOMA CITY  OK  73124- | | | | | |

| | |
|---|---|
| **Total Principal** | 31,153.48 |
| **Total Interest** | 0.00 |
| **Total** | 31,153.48 |